# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELLEN GLAVIN,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | No. 24-cv-4904 |
| : | |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA,** *et al.*, : | |
|     **Defendants.** : | |

## O R D E R

**AND NOW**, this 31st day of March, 2025, upon consideration of Plaintiff Ellen Glavin's *pro se* Amended Complaint (ECF No. 9) it is **ORDERED** that:

1. The Court's December 23, 2024 Order dismissing this case (ECF No. 8) is **VACATED** and the Clerk of Court is **DIRECTED** to reopen this case.

2. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**